*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
|    Confidence B Davis | ) | Case No. 26–12397–djb |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER

     AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 6–3–2026 & 7–1–2026, this case is hereby DISMISSED.

**Date: July 22, 2026**

_____
Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents:
Ch 13 Income Form 122C–1
Means Test Calculation 122C–2
Schedule A/B–J
Chapter 13 Plan
Statement of Financial Affairs
Aty Disclosure Statement
Summary Assets & Liabilities

**Documents were due by July 15, 2026.**